**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1254

MEI JING GUO,

Petitioner,

v.

MICHAEL B. MUKASEY, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  August 28, 2008        Decided:  September 12, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Michael Brown, LAW OFFICES OF MICHAEL BROWN, New York, New York, for Petitioner.  Gregory G. Katsas, Acting Assistant Attorney General, Alison Marie Igoe, Senior Litigation Counsel, Jeffrey L. Menkin, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mei Jing Guo, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing her appeal from the immigration judge's denial of her motion to reopen. We have reviewed the record and the Board's order and find no abuse of discretion. <u>See</u> 8 C.F.R. § 1003.23(b)(1)(iv) (2008) (setting forth standard of review). Accordingly, we deny the petition for review for the reasons stated by the Board. <u>See</u> <u>In re: Guo</u> (B.I.A. Jan. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>